Exhibit A

# Franklin KS
## Submission Location: W202
## Current Location: W202

MailId: 12698482

Sent By: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)

Sent To: General/Library/Church Group

Date Time: 11/16/2024 08:46:22 AM

---

vcan i go to group church

---

MailId: 12699937

Sent By: Dillon, Officer

Sent To: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)

Date Time: 11/16/2024 11:53:00 AM

---

No, there are people in the dayroom you are not to have contact with. We will put you on the list for 1 on 1 church.

Request Refused