# Franklin KS
## Submission Location: W202
## Current Location: W202

MailId: 13147251
Sent By: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)
Sent To: General/Library/Church Group
Date Time: 12/22/2024 08:36:09 PM

---

to undersheriff


i am unable to participate in church activities bc i cnt go to dayrroom for unknown reasons to me. hope anthem helped me find my faith last time i was here. i have a parole hold so i cant bond out. anco has the same churh services. it is not due to bad behavior that i cannot participate. i will be here until july atleast so it would make sense to me and be "fair" that id be sent somewhere i can participate in services. i understand im in jail but still have the right to participte in these activities unless my behavior showed otherwise, but this is not the case. thank you for your time in this matter.

---

MailId: 13171157
Sent By: Michel, Officer
Sent To: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)
Date Time: 12/24/2024 10:04:26 PM

---

The undersheriff will not answer to general requests, just an fyi for future. The reason you cannot go to group church is because you and an individual in the dayroom are to have no contact due to your case. If you have further questions you'll have to speak to your attorney for the specific details for this matter.
CO Michel