# Franklin KS

Submission Location: W202

Current Location: W202

MailId: 13839748

Sent By: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)

Sent To: General/Library/Church Group

Date Time: 02/18/2025 07:18:06 PM

---

can i sign up for group church

---

MailId: 13845492

Sent By: Powell, Officer

Sent To: HILDEBRANDT, SADGE (Inmate ID: 0007, Location: W202)

Date Time: 02/19/2025 09:34:09 AM

---

This has been asked and denied repeatedly.

Request Refused

---