# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

SADGE A. HILDEBRANDT,

                      **Plaintiff,**

v.                                                        Case No. 25-3043-JWL

JEFF RICHARDS, TAMMY ALEXANDER,
KYLE LASSWELL, MADDIE GARNER and
DAWSON POWELL,

                        **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter is dismissed for failure to state a claim.

Entered on the docket 05/05/25

**Dated:  May 5, 2025**                    SKYLER B. O'HARA
                                                   CLERK OF THE DISTRICT COURT

                                                        s/S. Nielsen-Davis
                                                        **Deputy Clerk**