IN THE UNITED STATES DISTRICT COURT
FOR THE District OF KANSAS

Sadye A. Hildebrandt
Plaintiff

v.                              Case No. 25-3043-JWL

Jeff Richards, et al.,
Defendants

## Notice of Appeal

I, Sadye Hildebrandt, come before the court to give notice of appeal. I would like to appeal my case to the Tenth circuit ~~appeals~~ court of appeals.

Respectfully Submitted,
Sadye Hildebrandt
5/16/25