Sadge Hildebrandt
Osage County Jail
702 Ash St.
Lyndon, KS 66451

Skyler B. O'hara
U.S. District Court
444 SE Quincy, Room 490
Topeka, KS 66683

*Legal Mail*

KANSAS CITY 640
20 MAY 2025 PM 3 L

RECEIVED
MAY 22 2025
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

66683-358799